# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:19-CV-60572

MARTIN BRATT,

     Plaintiff,

v.

CREDIT PROTECTION ASSOCIATION, LP,

     Defendant.

_____/

### NOTICE OF MEDIATION

     Plaintiff MARTIN BRATT and Defendant CREDIT PROTECTION ASSOCIATION, LP (collectively, the "Parties"), pursuant to the Court's Scheduling Order and Order of Referral to Mediation [DE 11], hereby advises the Court that the Parties will hold the mediation conference in this matter before **Barbara Locke** of *Ehrich Locke Mediation* on **November 01, 2019**, at **1:00 PM** at **5300 NW 33rd Ave., Suite 219, Fort Luaderdale, Florida 33309**.

     DATED: May 6, 2019

Respectfully Submitted,

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No. 118377
E-mail:tom@rodallaw.com
**YECHEZKEL RODAL, ESQ.**
Florida Bar No. 91210
E-mail:chezky@rodallaw.com
RODAL LAW, P.A.
5300 N.W. 33rd Ave., Suite 219
Fort Lauderdale, Florida 33309
Phone: (954) 367-5308
Fax:    (954) 900-1208

*COUNSEL FOR PLAINTIFF*

**Rodal Law, P.A.**

5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti                                 .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**Rodal Law, P.A.**

5300 NW 33rd Ave., Ste. 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com